United States Magistrate Judge Michelle L. Peterson

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GINA PETERSON, | ) |
| | ) CASE NO. C19-1883-MLP |
| Plaintiff, | ) |
| | ) |
| v. | ) STIPULATED ORDER FOR DISMISSAL |
| | ) WITH PREJUDICE |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Based on review of Plaintiff's motion and accompanying Plaintiff declaration this case is dismissed with prejudice.

Dated this 12th day of May, 2020.

_____
MICHELLE L. PETERSON
United States Magistrate Judge

Presented by:

S/J. LEANNE MARTINEZ_____
J. LEANNE MARTINEZ
Attorney for Plaintif

ORDER FOR DISMISSAL [C19-1883-MLP]- 1

Douglas Drachler McKee & Gilbrough, LLP
1904 Third Avenue   Suite 1030
Seattle, WA 98101
(206) 623-0900